1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DENISE FRANCIS, | NO. CIV. S 04-1640 MCE JFM |
| Plaintiff, | |
| v. | ORDER |
| DEFENSE COMMISARY AGENCY aka (DeCA0 AND DOES 1-30, | |
| Defendants. | |

----oo0oo----

Attorney David Ndudim, who is counsel for Plaintiff Denise Francis in this litigation, has unilaterally filed a document entitled "Withdrawal of Attorney of Record" that purports to effectuate a substitution of attorney which leaves his client representing herself, *in propria persona*, in this litigation. The Court has reviewed this document and finds it wholly inadequate to effectuate Mr. Ndudim's withdrawal as counsel of record.

The withdrawal sought by Mr. Ndudim is governed by the requirements of Local Rule 83-182(d), which provides that an

1 attorney may not withdraw, leaving the client *in propria persona*,
2 absent noticed motion and an affidavit from counsel showing the
3 efforts made to provide notification of the attorney's intent to
4 withdraw.  The instant request utterly fails to satisfy the
5 prerequisites for withdrawal as mandated by Rule 83-182(d).
6 First, Mr. Ndudim has not filed a noticed motion as required by
7 said rule.  Second, he has not served the document in question on
8 his client in any event.  Third, he has not indicated the basis
9 for his request under the Rules of Professional Conduct of the
10 State Bar of California.  Finally, counsel has failed to provide
11 the required affidavit detailing his efforts to notify his client
12 of his request to withdraw.
13     For all these reasons, Attorney Ndudim's request to withdraw
14 is DENIED, without prejudice.
15     IT IS SO ORDERED.
16 DATED: MAY 9, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2