UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DENISE FRANCIS,

        Plaintiff,

   v.

DEFENSE COMMISSARY AGENCY aka (DeCA) AND DOES 1-30,

        Defendants.

NO. CIV. S 04-1640 MCE JFM

ORDER

----oo0oo----

On May 5, 2005, Attorney David Ndudim, who is counsel for Plaintiff Denise Francis in this litigation, filed a document entitled "Withdrawal of Attorney of Record" that purported to effectuate a substitution of attorney leaving his client to represent herself, *in propria persona*, in this litigation.  By Order filed May 19, 2005, the Court denied Attorney Ndudim's request to withdraw, without prejudice, on grounds that it failed to comply with the requirements of Local Rule 83-182(d).

///

///

1 That Rule provides that an attorney may not withdraw, leaving the
2 client *in propria persona*, absent noticed motion and an affidavit
3 from counsel showing the efforts made to provide notification of
4 the attorney's intent to withdraw.
5     On June 8, 2005, the Court issued a Minute Order requiring
6 Mr. Ndudim to submit, not later than June 22, 2005, a declaration
7 as to the status of the case and his efforts, if any, to
8 effectuate a substitution of attorneys.  In apparent response to
9 that Order, Mr. Ndudim submitted, on June 21, 2005, a document
10 entitled "Withdrawal of Attorney of Record and Declaration of
11 David Ndudim Regarding Status of the Case".
12     To the extent that Mr. Ndudim's filing of June 21, 2005
13 purports to accomplish his withdrawal as counsel of record from
14 this case, it remains defective for the same reasons previously
15 identified in this Court's earlier Order dated May 19, 2005.
16 Mr. Ndudim has not filed a noticed motion as required by Rule 83-
17 182(d) and has not served his client with that motion.  Aside
18 from indicating that he sent "a certified mail to plaintiff
19 regarding [the] withdrawal" and "has yet to receive any
20 response", Ndudim has not set forth the efforts made to notify
21 his client of his intent to withdraw.  Moreover, and  in any
22 event, Ndudim has not indicated the basis for his withdrawal
23 request under the Rules of Professional Conduct of the State Bar
24 of California.
25 ///
26 ///
27 ///
28 ///

1 | Consequently Attorney Ndudim's request to withdraw is again
2 | DENIED, without prejudice.
3 |     IT IS SO ORDERED.
4 | DATED: July 18, 2005

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```