UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DENISE FRANCIS,

        Plaintiff,

          v.

DEFENSE COMMISSARY AGENCY,

        Defendant.

NO. CIV. S 04-1640 MCE JFM

**ORDER TO SHOW CAUSE RE: DISMISSAL**

----oo0oo----

    The complaint in this matter was filed on August 12, 2004. Plaintiff's counsel, David Ndudim, was ordered to complete service of process and to submit a joint status report not later than December 12, 2004. On March 31, 2005, an Order to Show Cause was issued given Plaintiff's failure to file a joint status report. In response to that Order to Show Cause, Plaintiff's counsel conceded he had not even effectuated service on the Defendant and indicated he would be withdrawing from the case.

///

///

1

1  Thereafter, despite two purported attempt to withdraw that were
2  rejected by the Court as both substantively and procedurally
3  inadequate, Plaintiff's counsel has failed to either properly
4  effectuate withdrawal or, even more fundamentally, to serve
5  Defendant Defense Commissary Agency with this lawsuit.
6      Federal Rule of Civil Procedure 4(m) provides that if the
7  summons and complaint is not served on a defendant within 120
8  days after the filing of the complaint, the Court may, upon its
9  own initiative after notice to the plaintiff, dismiss the action,
10 without prejudice.  The present case has been pending for more
11 than a year, and Plaintiff has failed to serve the defendant, let
12 alone file the required joint status report.  Unless Plaintiff
13 demonstrates good cause for a further extension of time, by
14 papers filed not later than twenty (20) days following the date
15 of this Order, the Court will dismiss this action, on its own
16 initiative and without prejudice, for failure to comply with the
17 requirements of Rule 4(m).
18     IT IS SO ORDERED.

20 DATED: October 26, 2005

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE