UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DENISE FRANCIS,

        Plaintiff,

           v.

DEFENSE COMMISSARY AGENCY,

        Defendant.

NO. 2:04-cv-1640-MCE-JFM

**ORDER OF DISMISSAL**

----oo0oo----

    On October 26, 2005, this Court issued an Order to Show Cause which required Plaintiff to demonstrate, within twenty (20) days following the date of said Order, why this action should not be dismissed under Federal Rule of Civil Procedure 4(m) for failure to serve Defendant Defense Commissary Agency with the summons and complaint in this matter. Plaintiff has failed to demonstrate any good cause for that failure, and has failed to make any response whatsoever to the Court's October 26, 2005 Order.

1

Given that failure, the present action is dismissed, without prejudice.  The Clerk of the Court is hereby directed to close the case.

   IT IS SO ORDERED.

DATED: March 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE